# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00496-CV

### Richard Bartholomew, Appellant

### v.

### US Bank National Association, as Indenture Trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3, Appellee

### FROM THE COUNTY COURT OF MILAM COUNTY
### NO. CV09636, THE HONORABLE STEVE YOUNG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on October 7, 2019. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due February 5, 2020. In granting the most recent extension, this Court advised appellant that no further extensions would be granted. To date, the brief has not been tendered for filing and is overdue. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed for Want of Prosecution

Filed: March 13, 2020